**Tyson L. Calvert**, OSB #032809
Email: tcalvert@lindsayhart.com
**Todd A. Zilbert**, OSB # 891449
Email: tzilbert@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
       Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID V. NAVIN,** | Case No. 3:15-cv-02264-SI |
| Plaintiff, | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| **JOHN F. BJORGE, a Washington resident, and GORDON TRUCKING, INC., a foreign corporation,** | |
| Defendants. | |

Based on the parties' stipulation below, and the court being fully advised; now, therefore

IT IS HEREBY ORDERED AND ADJUDGED that this matter dismissed with prejudice as to all claims and without an award of costs to any party.

Dated this  27th day of    May           , 2016.


                                          /s/ Michael H. Simon
                                       Hon. Michael H. Simon

Page 1 - **STIPULATED GENERAL
JUDGMENT OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS**
{01108891; 1}

LINDSAY HART, LLP

IT IS SO STIPULATED:

| PLAINTIFF | DEFENDANTS |
|---|---|
| *David V. Navin* (signature) 5-25-2016 | *Tyson L. Calvert* (signature) |
| David V. Navin | Tyson L. Calvert, OSB No. 032809 |
| Plaintiff Pro Se | Attorney for Defendants |

Page 2 - **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**
{01108891; 1}

LINDSAY HART, LLP